UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeffrey Franklin, | : |
| Plaintiff, | : Civil Action No.: 1:12-cv-00795-RJA |
| v. | : |
| Credit Bureau Collection Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 28, 2012

                                                   Respectfully submitted,

                                                   PLAINTIFF, Jeffrey Franklin

                                                   /s/ Sergei Lemberg

                                                   Sergei Lemberg, Esq. (SL 6331)
                                                   **LEMBERG & ASSOCIATES L.L.C.**
                                                   300 International Drive, Suite 100
                                                   Williamsville, NY 14221
                                                   Telephone: (203) 653-2250
                                                   Facsimile: (203) 653-3424
                                                   slemberg@lemberglaw.com
                                                   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sergei Lemberg
                                                        Sergei Lemberg